UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
DON EARL JOHNSON,              )
                               )
       Plaintiff,              )
                               )
       v.                      )    Civil Action No. 15-13386-PBS
                               )
COMMONWEALTH OF                )
MASSACHUSETTS, et al.,         )
                               )
       Defendants.             )
_____)
```

# REPORT AND RECOMMENDATION
# ON THE DEFENDANTS' MOTIONS TO DISMISS

[Dkt. Nos. 18, 25]

February 27, 2017

BOAL, M.J.

Plaintiff Don Earl Johnson brings this action pro se against the Commonwealth of Massachusetts, the Massachusetts Sex Offender Registry Board (the "SORB"), and the Boston Police Department. Dkt. No. 1 ("Complaint" or "Compl."). Johnson, a federal inmate,[1] alleges federal and state civil rights violations pursuant to 42 U.S.C. § 1983 ("Section 1983") and the Massachusetts Civil Rights Act (the "MCRA"). Compl. at 8.[2] Specifically, Johnson claims that his civil rights were violated when he was required to register with the Massachusetts sex offender registry and that he suffered harm when he was convicted in federal court for failing to register as a sex offender. See id. at 3-10. The matter is presently before the Court on the

---

[1] When he filed this case, Johnson was an inmate at the Federal Correctional Complex, Coleman II United States Penitentiary. See Compl. at 1. He was recently released to a halfway house in Tupelo, Mississippi. See Dkt. No. 42.

[2] When referring to the parties' pleadings and exhibits, the Court cites to the docket (ECF) page numbers rather than the page numbers in the original documents.

3/15/17  1



I adopt the report and recommendation and dismiss without objection. Patti B Saris