# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Don Earl Johnson
   Plaintiff

                              CIVIL ACTION

V.

Commonwealth of Massachusetts, et.al.      NO.1:15-cv-13386-PBS
   Defendant

## ORDER OF DISMISSAL

SARIS, C J.,

In accordance with the Court's Order dated March 15, 2017, Adopting Report and Recommendation and Granting Defendant's Motion to Dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                                          By the Court,

3/15/2017                                /s/ C. Geraldino-Karasek
  Date                                  Deputy Clerk